**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00460-RPM-KLM

LATOYA JACKSON,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

    Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

    Upon review of the Stipulation of Dismissal with Prejudice [11] filed May 3, 2011, it is

    ORDERED that this case is Dismissed with Prejudice, with each party to pay their own attorney's fees and costs.

    DATED: May 4, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge